

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

MADY SCOTT §
§
v. § CIVIL ACTION NO.
§ B-98-148
AFSA DATA CORPORATION

## SCHEDULING ORDER

1. Bench Trial:   Estimated time to try:  two days.

2. Deadline to amend complaint:                         April 18, 1999

3. Deadline to amend answer:                            May 18, 1999

4. New parties must be joined by:                       April 18, 1999

   *Furnish a copy of this scheduling order to new parties.*

5. The plaintiff's experts will be named with a report furnished by:   June 18, 1999

6. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

7. Discovery must be completed by:                      August 18, 1999

8. Motions will be filed by:                            September 1, 1999

*********************** The court will provide these dates ***************************

9. Joint pretrial order is due:                         10-20-99

   *The plaintiff is responsible for filing the pretrial order on time.*

10. Docket Call is set for 1:30 p.m. on                 11-4-99

The case will remain on standby until tried.

Signed _____Feb 18_____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

193373/42191-00001